**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



### ORDER

Appellate case name:      Dr. Michael (Mikhail) Tyurin v. Capital One, N.A., David Walton, Bank of America, N.A., Matthew D. Durham, Synchrony Bank, and Citibank, N.A.

Appellate case number:    01-16-00810-CV

Trial court case number:   2016-45823

Trial court:              234th District Court of Harris County

On May 10, 2017, appellant, Dr. Michael (Mikhail) Tyurin, filed notices of appeal of the trial court's:

- April 26, 2017 order granting appellee Matthew D. Durham's Rule 91a Motion to Dismiss and dismissing Tyurin's claims against Durham;

- April 26, 2017 order granting appellee Bank of America, N.A.'s Rule 91a Motion to Dismiss and dismissing Tyurin's claims against Bank of America;

- May 8, 2017 order granting appellee Synchrony Bank's traditional and no-evidence motion for summary judgment and ordering that Tyurin take nothing on his claims against Synchrony; and

- May 8, 2017 order granting appellee Citibank, N.A.'s traditional and no-evidence motion for summary judgment and ordering that Tyurin take nothing on his claims against Citibank.

*See* TEX. R. APP. P. 12(c) (providing multiple notices of appeal filed in same trial court case are given same docket number).

Accordingly, Tyurin is directed to request the trial court clerk to prepare and file a supplemental clerk's record containing all additional items necessary to his appeal of the April 26, 2017 and May 8, 2017 orders and not included in the clerk's record or supplemental clerk's records previously filed in this appeal. **Any supplemental clerk's**

**record is due to be filed no later than 30 days from the date of this order.** *See* TEX. R. APP. P. 35.1, 34.5(c).

**Tyurin is notified that any brief filed in this appeal must comply with all requirements of Texas Rule of Appellate Procedure 38.1.**[1] *See* TEX. R. APP. P. 38.1 (governing contents and organization of appellant's brief).

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                ☑ Acting individually    ☐ Acting for the Court

Date: June 6, 2017

---

[1] On November 6, 2017, the court reporter notified the Clerk of this Court that there is no reporter's record.